AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Natasha Nicole Sherbert | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    5:20-cv-1261-JMC |
| Commissioner of the Social Security Administration | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: The decision of the Commissioner of Social Security Administration is reversed and remanded for

further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).


This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs,  United States District Judge, who adopted the Report and
Recommendation of the Honorable Kaymani D. West,  United States Magistrate Judge.

ROBIN L. BLUME

Date:    August 27, 2021            *CLERK OF COURT*


s/ Glenda J. Nance
_____
*Signature of Clerk or Deputy Clerk*